## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DAVID PRIESTER,**

> **Plaintiff,**

**v.**                                                   **Case No. 4:24-cv-339-AW-MAF**

**SCOTT S. HARRIS, et al.,**

> **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation concluding (a) the court should vacate the earlier order granting *in forma pauperis* status, (b) the court should return the initial partial filing fee, and (c) the court should dismiss the case without prejudice. ECF No. 13. Plaintiff has had an opportunity to file objections, but he has filed none. Now, having carefully considered the matter, I adopt the report and recommendation and incorporate it into this order.

The order granting in forma pauperis status (ECF No. 6) is VACATED. The clerk will return the initial partial filing fee. The clerk will also enter a judgment that says, "This case is dismissed without prejudice for failure to pay the full filing fee. *See* 28 U.S.C. § 1915(g)." The clerk will then close the file.

SO ORDERED on October 17, 2024.

> s/ *Allen Winsor*
> United States District Judge